UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR AUGUSTO RIOS-BENAVIDES (A# 240-872-505),

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 1:26-cv-05821 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on Count One (Due Process Clause of the Fifth Amendment).

3. Respondents are ordered to immediately release Petitioner CESAR AUGUSTO RIOS-BENAVIDES (A# 240-872-505) from their custody and to return all of Petitioner's documents and possessions at the time of release.

4. Respondents are directed to file a notice certifying compliance with the above provisions within three (3) days of this Order.

5. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days of notice to Petitioner and provide Petitioner with a bond hearing before an immigration judge at which the government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that his re-detention is warranted.

6. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal.

7. The Clerk of Court is directed to:

   a. Serve a copy of any release order on the Golden State Annex Detention Facility; and

   b. Enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE